March 31, 2025

VIA email: prose@nysd.uscourts.gov

Hon. Ronnie Abrams
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Jane Doe Esq., v. The Legal Aid Society 25-cv-02409

Dear Judge Abrams:

   I am writing with respect to the current "public access" status to the documents listed below on the docket sheet in the above referenced matter. In branch IV my *ex parte* motion (ECF 4) I requested "Restricting electronic access to all of the Plaintiff's and Defendant's pleadings to a 'case-participant only' basis with the right for the Defendant to seek a modification on notice to the case progresses,…" . In your Honor's decision dated March 27, 2025 you ordered "Plaintiff shall file a renewed – public- motion to continue to proceed anonymously within 30 days of service of the complaint."

   Currently the *ex -parte* motion, as well as the documents below, are all publicly filed on PACER. I discussed the matter with the Pro-Se Intake Unit and they suggested I write to you for clarification as to whether the Court intended for these documents to be restricted for "case-participant only" until service is completed on the Defendant. I will not be serving the Defendant   until later in the month of April because I need to take the CM/ECF Introduction Course and subsequently submit the Motion for Permission for Electronic Case Filing. At that juncture I will request the Summons and promptly serve the Defendant.

Case documents on Docket Sheet currently in Public filing status on Pacer;

ECF No1 (compliant)
ECF No 2 (Civil Cover Sheet)
ECF No 4 (*Ex parte* Motion)
ECF No 6 (Order for Misc. Relief)

   Thank you for giving this matter your consideration.

                                          Respectfully submitted,

                                          */s/ Jane Doe Esq.,*
                                            Jane Doe Esq.,
                                            Pro-Se Plaintiff