June 2, 2025

VIA email: prose@nysd.uscourts.gov

Clerk of Court
Southern District of New York
500 Pearl Street
New York, New York 10007

<u>Re: Jane Doe Esq., v. The Legal Aid Society 25-cv-02409</u>

Dear Clerk of Court,

   Enclosed is a proposed summons for the above referenced case. I am respectfully requesting that you issue the Plaintiff a summons as set forth in the proposed summons.

   Thank you.

                                              Respectfully submitted,

                                              <u>*/s/ Jane Doe Esq.,*</u>
                                                 Jane Doe Esq.,
                                               Pro-Se Plaintiff