June 20, 2025

VIA email: prose@nysd.uscourts.gov

Clerk of Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Jane Doe Esq., v. The Legal Aid Society 25-cv-02409

Dear Clerk of Court,

    Enclosed is the affidavit of service of the summons and complaint on the Legal Aid Society. Also enclosed is the proof of service of the Plaintiff's Leave Application for Sealing [F.R.C.P. 5.2 (d)], Notice of Privacy Motion, Memorandum of Law in Support of Privacy Motion, Plaintiff's Declaration in Support of Privacy Motion and Plaintiff's Declaration Exhibits A-O.

                      Respectfully submitted,

                      /s/ Jane Doe Esq.,
                        Jane Doe Esq.,
                        Pro-Se Plaintiff

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25cv2409

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jane Doe Esq.__
was received by me on *(date)* __June 12 2025__

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __x Kristina Sabater__, who is designated by law to accept service of process on behalf of *(name of organization)* __Legal Aid Society__ on *(date)* __June 12 2025__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __50.__ for travel and $ __0__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __June 12 2025__

*Server's signature*

__CASEY SHARGEL__
*Printed name and title*

__313 W 57th St. NY, NY 10019__
*Server's address*

Additional information regarding attempted service, etc:

Case 1:25-cv-02409-RA   Document 12   Filed 06/09/25   Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Jane Doe, Esq. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 25cv2409 |
| The Legal Aid Society | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jane Doe, Esq.
janedoeesq02409@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN - 9 2025

*Signature of Clerk or Deputy Clerk*

 jane doe esq., <janedoeesq02409@gmail.com>

**RE: 25-vc-02409 Affidavit of Service & Privacy Motion**
1 message

**Daniel Lewkowicz** <dlewkowicz@kbrlaw.com>  Fri, Jun 20, 2025 at 12:43 PM
To: "jane doe esq.," <janedoeesq02409@gmail.com>
Cc: Lisbeth Espinal <lespinal@kbrlaw.com>, "Joan M. Gilbride" <jgilbride@kbrlaw.com>

Dear Jane Doe,

We are in receipt of the affidavit of service and the Privacy Motion, the Declaration in support and the exhibits A – O. We will await your follow-up emails as described below. Thank you.

Daniel Lewkowicz  I  **KAUFMAN BORGEEST & RYAN LLP**
875 Third Ave  I  New York, NY 10022
direct: 646.367.6908  I  fax: 212.980.9291
email  I  website