June 30, 2025

VIA email: prose@nysd.uscourts.gov

TO: Pro Se Intake Office
    &
Clerk of Court
Southern District of New York
500 Pearl Street
New York, New York 10007

<u>Re: Jane Doe Esq., v. The Legal Aid Society 25-cv-02409</u>

Dear Pro Se Intake & Clerk of Court,

    Enclosed is the Plaintiff's Privacy Motion Declaration Exhibit M [final corrected version]. I previously filed Exhibit M [corrected version] on June 22, 2024. It is currently ECF 21-2. I am asking for this final corrected version to filed and the June 22, 2024 Exhibit M [corrected version], ECF 21-2, be omitted/removed because it was not fully redacted. I apologize for any inconvenience this has caused the Pro se Intake and the Clerk of the Court.

    I am also respectfully requesting that the enclosed Exhibit M [final corrected version] be filed and uploaded to ECF with RESTRICTED NON-PARTICIPANT/PARTY ACCESS pending the Court's determination of the leave application for sealing pending the Court's final determination of the Plaintiff's Privacy Motion. The Defendant's lawyers, KBR, were sent this letter and the enclosed Exhibit M [final corrected version] via email earlier today.

 Thank you.

                                        Respectfully submitted,

                                        <u>/s/ Jane Doe Esq.,</u>
                                          Jane Doe Esq.,
                                          Pro-Se Plaintiff