RESTRICTED NON PARTICIPANT ACCESS REQUESTED PENDING DETERMINATION OF PLAINTIFF'S LEAVE APPLICATION FOR SEALING PRIVACY MOTION

# EXHIBIT M