UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, ESQ., <br><br>                  Plaintiff, <br><br>        v. <br><br> THE LEGAL AID SOCIETY <br><br>                  Defendant. | 25-CV-2409 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

       The Court has received letters from the parties in which they disagree as to whether a Defendant's opposition to Plaintiff's "Privacy Protection Motion," which Defendant filed under restricted access pursuant to the Court's July 7, 2025 Order, improperly included references to the true identities of Plaintiff and other individuals relevant to this action. *See* ECF Nos. 29, 30. Plaintiff has submitted several overlapping requests to proceed pseudonymously, to use anonymized identifiers for third parties, to file various documents under seal, and to impose temporary PACER access restrictions on certain documents. It appears that these requests—and the Court's responses thereto—have generated some confusion among the parties. Accordingly, the Court issues this Order to clarify its prior orders and the procedure moving forward.

       On March 27, 2025, the Court issued an Order permitting Plaintiff to temporarily proceed under a pseudonym. *See* ECF No. 6. That Order remains in effect. Accordingly, pending resolution of Plaintiff's Privacy Protection Motion, Defendant shall refer to Plaintiff only as "Jane Doe" and shall redact all references to her true name from its filings. The Court will order the documents filed at ECF No. 28, which include Plaintiff's true name, stricken from the record.

       The Court has not granted Plaintiff's motion to use anonymized identifiers for third parties. It did, however, order that Defendant's opposition to the Privacy Protection Motion be filed under restricted access. *See* ECF No. 26. The Court sees no reason why Defendant's opposition must

be both anonymized *and* subject to access restrictions, and thus Defendant need not anonymize the names of third parties in its opposition or declaration in support. If the Court grants Plaintiff's motion to use anonymized identifiers for third parties, it will seal Defendant's opposition papers and will direct Defendant to file anonymized versions.

    The Clerk of Court is respectfully directed to strike the documents filed at ECF No. 28 from the record. No later than August 20, 2025, Defendant shall file an amended declaration consistent with the terms of this Order.

SO ORDERED.

Dated:    August 13, 2025
           New York, New York

_____
Hon. Ronnie Abrams
United States District Judge