UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE, ESQ.,

               Plaintiff,

      v.

THE LEGAL AID SOCIETY,

               Defendant.

25-cv-2409 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court previously ordered the declaration and attachments filed at ECF No. 28, which included Plaintiff's true name, stricken from the record. *See* ECF No. 31. Defendant filed an amended declaration on August 18, 2025, which still includes at least one reference to Plaintiff's true name. *See* ECF No. 32, Ex. F at 5.

      No later than August 20, 2025, Defendant shall re-file an amended declaration consistent with the terms of that order, redacting all references to Plaintiff's true name from its filings. *See* ECF No. 31. Additionally, consistent with this Court's prior order, Defendant should file this document under restricted access. *See* ECF No. 26.

SO ORDERED.

Dated:    August 19, 2025
            New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge