**<u>VIA ECF</u>**

April 7, 2026

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re: Jane Doe, Esq v The Legal Aid Society
1:25-cv-02409 (RA)

Dear Judge Abrams,

   I have received your Order, dated March 31, 2026 (ECF 41) denying my request to proceed with this action under pseudonym and for the related privacy relief requested. I am writing for clarification concerning your direction on page #13 to the Clerk of Court to "close the motion pending at docket #15), as it relates to your order dated July 7, 2025 which stated "Plaintiff's filings in support of the motion (ECF 15-22,25) and Defendant's submissions in opposition shall be filed under restricted access pending the Court's resolution of the motion. Plaintiff may renew her request for additional time to file a sealing motion when appropriate." (ECF 41)

   Consistent with my representations both in my *ex parte* Privacy Motion (ECF 4 ), and my subsequent Privacy Motion ( ECF 15-22, 25) upon your denial of my request to proceed pseudonymously it remains my intention to withdraw/dismiss this action pursuant  Federal Rule of Civil Procedure 41 (a) (1) (A)  so that my non-pseudonym version of my complaint remains sealed, and so that my Privacy Motion and all related filings (ECF 15-22, 24,25,27,29,30,32, 34-38) remain under restricted public access on Pacer and otherwise sealed.

   Since the Court directed the Clerk of the Court to close the motion pending at docket #15 I am not certain if the Court is keeping the above referenced ECF documents under public restricted access as part of the closure of the motion or if a formal sealing motion is required to keep those ECF documents under restricted public access on Pacer and otherwise sealed prior to my to submission of a Notice of Dismissal pursuant Federal Rule of Civil Procedure 41 (a) (1) (A) (1).

   The Court's clarification on this matter is greatly appreciated.

Thank you,
Pro Se Plaintiff

CC: Daniel Lewkowicz Esq.,
     Joan Gilbride Esq.,