UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

   JANE DOE ESQ.,

                Plaintiff,

   v.

   THE LEGAL AID SOCIETY

                Defendant

_____x

Case No. 1:25-cv-02409

**NOTICE OF WITHDRAWAL**

MOTION FOR RECONSIDERATION

F.R.C.P (b) (1) & (6)

PLEASE TAKE NOTICE that the Plaintiff Jane Doe Esq., hereby withdraws her MOTION FOR

RECONSIDERATION [ECF 43] filed on April 12, 2026 for the reasons set forth in her letter to

the Court, dated April 23, 2026.

Dated: April 23, 2026

                          Respectfully submitted,

                          */s/ Jane Doe Esq.,*
                          Pro se Plaintiff

VIA : ECF
cc: Daniel Lewkowicz Esq.,
    Joan Gilbride Esq.,

The Clerk of Court is hereby respectfully directed to
terminate the motion pending at Dkt. No. 43.

SO ORDERED.

_____
Hon. Ronnie Abrams
April 30, 2026